**Frank BALZANO**

v.

**Charlene Theresa BALZANO.**

**No. 82–150–Appeal.**

Supreme Court of Rhode Island.

March 18, 1983.

Robert L. DaCosta Bernard, Houston, Tex., for petitioner.

Pucci & Goldin Inc., Mary Ellen Lally, Providence, for respondent.

ORDER

This case came before a three-judge panel of the court on March 15, 1983, on defendant's motion to affirm the judgment of the Family Court pursuant to Rule 16(g) of the Rules of Appellate Procedure.

After considering the arguments of counsel, the motion to affirm is hereby granted.

Murray and Shea, JJ., did not participate.

■

**Antone LAWRENCE, Jr. et al.**

v.

**PROVIDENCE JOURNAL CO. et al.**

**No. 81–98–Appeal.**

Supreme Court of Rhode Island.

March 18, 1983.

Reargument Denied April 21, 1983.

McGwin & Bowen, E.H. Bowen, Providence, for plaintiff.

Mary E. McCabe, Chief, Legal Servs., Dept. of Health, Edwards & Angell, John D. Deacon, Sr., Higgins, Cavanagh & Cooney, Peter S. Haydon, Providence, for defendant.

ORDER

This matter was argued before a three-judge panel of the court pursuant to an order issued directing the petitioner to show cause why his appeal should not be dismissed.

After reviewing memoranda thereon and hearing arguments of counsel, it is the conclusion of the court that no cause has been shown and the petitioner's appeal is therefore denied and dismissed.

MURRAY and SHEA, JJ., did not participate.